2

1  W. AUSTIN COOPER,
   A PROFESSIONAL CORPORATION
2  W. AUSTIN COOPER, #030652
   2525 Natomas Park Drive, Suite 320
3  Sacramento, CA  95833
   Telephone: (916) 927-2525
4  Facsimile:  (916) 920-0355

5  Attorneys for the Debtor and
   Debtor-in-Possession
6

7

8

   ## UNITED STATES BANKRUPTCY COURT
9
   ## NORTHERN DISTRICT OF CALIFORNIA
10 ### (San Jose Division)

11

12 In re                                    Case No. 11-54812    CN 11

13 MANUBEN K. PATEL ,
                                            **NOTICE OF RELATED CASES**
14

15     Debtors and                          [No Hearing Necessary]
       Debtors-in-Possession
16 _____/

17
       Pursuant to LBR 1015-1 the following filed cases are related:
18

19 | Case Title | Case Number | Filing Date |
   | --- | --- | --- |
   | SAVITRIBEN K. PATEL | 11-54571 | 05/11/11 |
20 | MANUBEN K. PATEL | 11-54812 | 05/19/11 |

21
       The cases are so related as to warrant being treated as related. Savitriben K. Patel and
22
   Manuben K. Patel are mother and daughter and both own and operate motels in the Monterey
23
   and Santa Cruz areas. They have common secured creditors and each is subject to enforcement
24
   of a judgement obtained by the City of Santa Cruz of about $1,000,000.00 relating to a claim for
25
   assessed transit occupancy taxes.
26
       A cash collateral motion is pending in Case No. 11-54571 and a similar motion involving
27
   the same lender will be filed in 11-54812. Judicial economy would be promoted by having the
28

                                            1

cases before one judge. The two cases should be jointly administrated as well. They involve essentially the same creditors and the same attorneys representing them.

FURTHER, pursuant to LBR 1015-1, the following cases may be filed that are related to the above filed cases:

| Case Title | Case Number | Filing Date |
|---|---|---|
| Jana Patel | (Pending) | (Pending) |
| Sanjay Patel | (Pending) | (Pending) |

Respectfully submitted,

**W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION**

Dated: May 20, 2011

By: /s/ W. Austin Cooper
W. AUSTIN COOPER, Attorneys for
Manuben K. Patel

2