NANCY J. JOHNSON, CA STATE BAR NO. 111615
LAURA PALAZZOLO, CA STATE BAR NO. 210954
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
nancy.johnson@berliner.com
laura.palazzolo@berliner.com

STEVEN SIBLEY, CA STATE BAR NO. 152365
DINAPOLI & SIBLEY
TEN ALMADEN BOULEVARD
SUITE 1250
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 999-0900
FACSIMILE: (408) 999-0191
ssibley@dslaw.net

ATTORNEYS FOR CREDITOR PACIFICA LOAN 33, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In Re: | CASE NO. 11-54812 |
|---|---|
| MANUBEN KARSHANBHAI PATEL, | CHAPTER 11 |
| Debtor. | NOTICE OF OBJECTION TO USE OF CASH COLLATERAL |

**TO DEBTOR MANUBEN PATEL AND THE UNITED STATES TRUSTEE**:

PLEASE TAKE NOTICE that secured creditor Pacifica Loan 33, LLC holder of a promissory note secured by a first deed of trust on the Debtor's Torch Lite Inn property. Pursuant to 11 U.S.C. § 363(c)(2)(A), Pacifica Loan 33, LLC does not consent to the use of its cash collateral.

DATED: MAY 26, 2011           BERLINER COHEN

BY: /s/ Laura Palazzolo
    NANCY J. JOHNSON
    LAURA PALAZZOLO
    ATTORNEYS FOR CREDITOR PACIFICA LOAN 33, LLC

CASE NO. 11-54812
-1-
NOTICE OF OBJECTION TO USE OF CASH COLLATERAL

| | |
|---|---|
| 1 | In re Patel                                             Case No. 11-54812 |

<u>CERTIFICATE OF SERVICE</u>

I, Sabina Hall, declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am an employee of Berliner Cohen, and my business address is Ten Almaden Boulevard, Suite 1100, San Jose, California 95113-2233. On May 26, 2011, I served the following document(s):

NOTICE OF OBJECTION TO USE OF CASH COLLATERAL

in the following manner:

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, from the sending facsimile machine telephone number of _____. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below.

[ ] by overnight mail by placing the document(s) listed above in a sealed overnight mail envelope with postage thereon fully prepaid, addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by e-mail or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I cause the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**ATTORNEY FOR DEBTOR**
W. Austin Cooper, Esq.
2525 Natomas Park Drive, #320
Sacramento, CA 95833

**U.S. Trustee**
U.S. Federal Building
280 S. First Street, #268
San Jose, CA 95113-3004

**ATTORNEY FOR CREDITOR**
**HERITAGE BANK OF COMMERCE**
Stephen J. Kottmeier, Esq.
Michaeline H. Correa, Esq.
Hopkins & Carley
The Letitia Building
70 S. First Street
San Jose, CA 95113-2406

I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service/Express Mail, Federal Express and other overnight mail services, to wit, that correspondence will be deposited with the United States Postal Service/overnight mail service this same day in the ordinary course of business.

Executed on May 26, 2011, at San Jose, California.

                                                              */s/ Sabina Hall*
                                                             SABINA HALL