## THE VALUATION PROCESS:

In this assignment, the interest being appraised is that of the fee simple. The estimation of real property's market value involves a systematic process in which the problem is defined and the data required is acquired, analyzed, and interpreted into an estimate of value. Traditionally, three methods of valuation have been used in appraising: the Cost, Direct Sales Comparison, and Income Capitalization Approaches.

In the Cost Approach, the value of the site is first estimated by comparing it to similar sites that have sold recently or are currently offered for sale. Replacement cost new of the improvements is determined by comparison with similarly constructed properties. Depreciation is then deducted from the replacement cost new of the improvements in order to arrive at the present worth. The depreciated value of the improvements is added to the estimated land value to indicate property value by the Cost Approach.

The Direct Sales Comparison Approach involves comparison with similar properties that have recently sold or are offered for sale. These properties are compared to the subject with regard to the differences in date of sale, age, location, physical characteristics, and other factors. On the basis of these differences, the comparable properties are adjusted to formulate a value range for the subject property. A unit of comparison such as prices paid per square foot of gross building area or per guest room is extracted which can be applied to the characteristics of the subject property. An economic market indicator is also employed which is known as the Gross Income Multiplier (GIM). It is most applicable when such GIM's are derived from properties that generate gross income streams with similar qualitative and quantitative attributes as the subject property.

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 1 of 25

The third of the three valuation techniques, the Income Approach, involves discounting the anticipated flow of future income to a present worth by the capitalization/discounting process. The steps in this approach include the calculation of gross potential rental income by comparison with similar properties, and estimation of vacancy/occupancy rates and operating expenses (based on historical and/or market experience) to determine net income. This income stream is then capitalized or discounted to indicate the value of the subject property.

After arriving at an estimate of the market value by each of the valuation methods outlined above, the values obtained are then correlated into a final estimate of value. This is accomplished by considering the reliability of the data utilized in each, as well as the applicability of the various approaches to the type of property being appraised, and the defined value sought. The appraisal assignment does not necessarily accord all approaches equal weight in arriving at a final estimate of market value for the property being appraised.

The Income Capitalization Approach and the Direct Sales Comparison Approach were the primary valuation techniques utilized to conclude the market value of the subject property. The Cost Approach, a technique considered neither applicable nor necessary, was not included in the valuation process.

Standard Rule 1-2(e) of the Uniform Standards of Professional Practice states that the appraiser must identify and consider the effect on value of any personal property, trade fixtures or intangible items that are not real property but are included in the appraisal.

In this appraisal assignment we have attempted to segregate the business or enterprise interest which may result from the operation of the lodging facility by

a separate management entity; that is, the compensation which is due to professional management and not the owner of the property. The business value was then deducted from the value conclusion arrived at from the valuation process discussed above. The difference is the value imputed to the real estate only.

Also factored in were the chattels necessary to operate a lodging facility, e.g. beds, televisions, linens, lamps, dressers, etc. Citing again, Standard Rule 1-2(e), we have also attempted to conclude a separate value for these chattels.

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 3 of 25

## INCOME APPROACH

The Income Approach converts anticipated income into an estimate of present value. This future net operating income is discounted to a present worth figure through the capitalization process. In this valuation method, we have provided a value indication by a direct capitalization process. For lodging properties like the subject, a discounted cash flow should be applied when the facility is in the "stabilization" period. The subject property is an established motel with a consistent operating history. Therefore, the DCF model does not provide additional insight into the value estimate.

**Reported Room Revenue of the Torch Lite Inn: Years 2009, 2010 & 2011 YTD**

**Annual Income:** The subject property reported income of **$416,837** in 2009, **$516,965** in 2010 and **$45,622** YTD 2011 (3/31). *It should be noted that income figures for YTD 2011 supplied by the property owner included room tax and were adjusted downward accordingly.*

**Average Daily Rate (ADR):** The Average Daily Rate for the subject's year 2009 was calculated at $131.50. The ADR for 2010 was $119.34.

**Occupancy Rates:** Occupancy rates for the 12 month period during 2009 ranged from 35% in March to 69% in July; the annualized rate was 48%. In 2010 occupancy rates were reported from 44% in December to 72% in August with an annualized rate of 56%.

**Effective Average Daily Rate (REVPAR)** The historical REVPAR (revenue per available guest room) for the 38-room subject motel was calculated at $63.12 in 2009 in $66.83 in 2010.

500 Riverside Ave., Santa Cruz

### Room Revenue & Occupancy Analysis: 2009, 2010 & YTD 2011

| 2009 | | REVPAR | ADR | Monthly Room Revenue |
|---|---|---|---|---|
| January | 41% | $ 24.88 | $ 60.68 | $ 11,919 |
| February | 41% | $ 29.87 | $ 72.85 | $ 13,144 |
| March | 35% | $ 43.29 | $ 123.69 | $ 17,880 |
| April | 43% | $ 68.24 | $ 158.70 | $ 33,778 |
| May | 44% | $ 86.66 | $ 196.95 | $ 45,150 |
| June | 53% | $ 96.11 | $ 181.34 | $ 58,052 |
| July | 69% | $ 104.97 | $ 152.13 | $ 85,026 |
| August | 66% | $ 92.04 | $ 139.45 | $ 71,332 |
| September | 63% | $ 54.40 | $ 86.35 | $ 39,226 |
| October | 50% | $ 40.44 | $ 80.88 | $ 23,984 |
| November | 31% | $ 21.63 | $ 69.77 | $ 8,001 |
| December | 33% | $ 24.34 | $ 73.76 | $ 9,345 |
| Total | 48% | $ 63.12 | $ 131.50 | $ 416,837 |

| 2010 | | REVPAR | ADR | Monthly Revenue |
|---|---|---|---|---|
| January | 49% | $ 29.51 | $ 60.22 | $ 16,941 |
| February | 57% | $ 45.25 | $ 79.39 | $ 27,610 |
| March | 50% | $ 53.77 | $ 107.54 | $ 31,562 |
| April | 52% | $ 60.81 | $ 116.94 | $ 35,880 |
| May | 48% | $ 68.15 | $ 141.98 | $ 38,300 |
| June | 50% | $ 112.09 | $ 224.18 | $ 63,890 |
| July | 70% | $ 111.14 | $ 158.77 | $ 92,026 |
| August | 72% | $ 103.65 | $ 143.96 | $ 87,482 |
| September | 71% | $ 66.23 | $ 93.28 | $ 53,647 |
| October | 55% | $ 55.03 | $ 100.05 | $ 35,933 |
| November | 52% | $ 37.22 | $ 71.58 | $ 23,001 |
| December | 44% | $ 24.40 | $ 55.45 | $ 12,691 |
| Total | 56% | $ 66.83 | $ 119.34 | $ 518,963 |

| 2011 | | REVPAR | ADR | Monthly Revenue |
|---|---|---|---|---|
| January | 16% | $ 25.96 | $ 162.25 | $ 7,952 |
| February | 23% | $ 42.31 | $ 183.96 | $ 11,465 |
| March | 29% | $ 51.48 | $ 177.52 | $ 17,585 |

Independent Real Estate Research, Inc.

49

**Estimate of Stabilized Market-Level Room Income**

The first step in the Income Approach is to estimate the proper income stream that the subject is able to generate and sustain in its valuation on a fee simple basis.

In order to project the appropriate market or economic room rates (tariffs) for the subject, we have investigated actual rental rates from a sampling of similar properties located within the subject's general market area. These comparable properties and their room rates are summarized on the following page. The rates presented are termed "rack" rates. These are the published room rates at retail (with no discount) and generally the highest rates charged. Often, discounts are offered with tour packages and depend on seasonal conditions (e.g., weather, lack of events, etc.).

We have focused initially on "rack" rates, but with sole consideration given to the resulting income revenue that stems from fluctuating occupancy levels during any one year. "Rack" rates from comparable operating motels are provided for comparison; all located in the subject's Santa Cruz market. For the most part, we have selected motels which are similar to the subject in terms of locational appeal and that offer reasonably generally similar amenities as the subject.

The rates vary according to type of room, e.g., double beds, queen, and king. In addition, there are some suites. Rates are also a function of weekday and weekend occupancy, as well as the number of guests to a room. Also, rates increase during calendar or special events and activities. We have determined that rates are generally competitive, based on room type, amenities and occupancy.

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 6 of 25

Additionally, "rack" rates among the visitor-serving motels in the area vary significantly between weekdays (Sunday to Thursday) and weekends (Friday & Saturday). A substantial number of Santa Cruz motels reflect a significant rate increase for Saturday over Friday. Rates are also lowered significantly during the "off-season". Consistent with most competing properties, the subject motel has a two-tiered season: the peak season runs approximately June through September.

**Rack Rate Comparable #1** is the Best Western located at 126 Plymouth Street in Santa Cruz. The AAA-rated 2-diamond facility includes 28 standard units. On-site parking is provided. This two-story average quality facility shares the subject's overall quality and condition. No elevator access is available. Guest amenities include sauna & whirlpool, complimentary breakfast, internet access, HBO and refrigerator/microwave/coffee makers in rooms.

Off-season weekday rates include $79 for 1 King and $89 for 2 Queen beds. Off-season week-end rates include $89 for 1 Queen or King bed and $99 for 2 Queen beds. Peak-season rates increase to $116 mid-week for a King or Queen bed and $143 for 2 Queen beds. Peak-season weekend rates include a King or Queen bed for $161 on Fridays and $170 on Saturdays. Two queen beds rent for $170 on Friday during the peak season and $179 on Saturday.

**Comparable Rack Rate #2** is the Guest House International at 330 Ocean Street in Santa Cruz, located approximately ½ mile north of the subject along the Ocean Street corridor. This 3-story facility includes 36 standard units. The visitor-serving chain motel is 2-Diamond, AAA rated. Guest amenities include internet access, complimentary breakfast, indoor pool and refrigerator, microwave & coffee makers in rooms.

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 7 of 25

Scheduled "rack" rates include off-peak mid-week rates of $88 for 1 King bed and $101 a night for 2 Doubles. Weekend off-peak rates include $151 for a King and $177 for 2 Double beds. Mid-week summer rack rates include $101 for 1 King & $139 for 2 Doubles. Peak weekend rates include $240/night for a King bed and $252 for 2 Double beds.

**Comparable Rack Rate #3** is the Hampton Inn at located at 1505 Ocean Street in Santa Cruz. One of the newer motels in the Santa Cruz market, this chain motel includes 46 standard units with elevator service available. This 3-story facility is newer than the subject facility and in better overall condition. It is AAA-approved with a 3-dimond rating. Guest amenities include indoor pool internet access and complimentary breakfast.

Off-peak weekday "rack" rates include $119/night for a King bed room and $109/night for a Queen. Week-end rates during the off-season are $149/night for both either a King or Queen bed. Mid-week summer rack rates include $179 for 1 King & $189 for 2 Queens. Weekend rack rates during peak-season show 1 King bed for $249 and 2 Doubles for $259/night.

**Rack Rate Comparable #4** is the Quality Inn located along the Ocean Street corridor at 1101 Ocean Street in Santa Cruz. This average quality facility includes 42 standard room units. The 2 & 3 level motel is garden-style walk-up with no elevator access available. This older facility is AAA-approved with a 1-Diamond rating. Monterey Bay and the Santa Cruz Main Beach & Boardwalk are located 1 mile to the south. Guest amenities include outdoor pool, complimentary breakfast, internet access, and refrigerator/microwave/coffee makers in rooms. On-site parking is available.

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 8 of 25

Off-season weekday rates include $68 for 1 King or Queen bed and $78 for 2 Queen beds. Off-season week-end rates include 1 King or Queen bed for $98 and 2 Queen beds are available for $109. Peak-season rates increase to $98 mid-week for a King or Queen and $109 for 2 Queen beds. Peak-season weekend rates include a room with a King or Queen bed for $259 and 2 Queen beds for $299/night.

**Rack Rate Comparable #5** is The Santa Cruz Beach Inn located down the street from the subject at 600 Riverside Avenue in Santa Cruz. This average quality facility includes 79 standard units. The 2 & 3 level motel is garden-style walk-up. This facility is AAA-approved with a 2-Diamond rating. Monterey Bay and the Santa Cruz Main Beach & Boardwalk are located 4 blocks to the south. Guest amenities include outdoor pool, complimentary breakfast, internet access, and refrigerator/microwave/coffee makers in rooms. On-site parking is available.

Off-season weekday rates include $65 for 1 King or Queen bed and $70 for 2 Queen beds. Off-season week-end rates include 1 King or Queen bed for $85 and 2 Queen beds are available for $109. Peak-season rates increase to $99 mid-week for a King or Queen and $119 for 2 Queen beds. Peak-season weekend rates include a room with a King or Queen beds for $179 to $199 and 2 Queen beds for $229/night.

**Rack Rate Comparable #6** is the Travelodge – Santa Cruz Riviera located across the street from the subject property at 619 Riverside Avenue. The average quality facility offers 63 standard units. The 2-level motel is garden-style walk-up. This facility is AAA-approved with a 1-Diamond rating. Monterey Bay and the Santa Cruz Main Beach & Boardwalk are located 5 blocks to the south. Guest amenities include indoor pool, complimentary breakfast, internet access, and refrigerator/microwave/coffee makers in rooms. On-site parking is available.

Off-season weekday rates include $58 for 1 Queen, $68 for 1 King and $78 for 2 Queen beds. Off-season rates include 1 King or Queen bed for $85 and 2 Queen beds are available for $109. Peak-season rates increase to $110 for a King or Queen and $127 for 2 Queen beds.

## Comparable "Rack Rate" Locational Map

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 10 of 25

### "Rack Rate" Comparable Number 1



Best Western, 126 Plymouth St., Santa Cruz

### "Rack Rate" Comparable Number 2



Guest House International, 330 Ocean St., Santa Cruz

### "Rack Rate" Comparable Number 3



Hampton Inn, 1505 Ocean St., Santa Cruz

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 11 of 25

### "Rack Rate" Comparable Number 4



Quality Inn, 1101 Ocean St., Santa Cruz

### "Rack Rate" Comparable Number 5



Santa Cruz Beach Inn, 600 Riverside Ave., Santa Cruz

### "Rack Rate" Comparable Number 6



Travelodge Santa Cruz Riviera: 619 Riverside Ave., Santa Cruz

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 12 of 25

The following chart summarizes the presented "rack" rates of the comparable six motel properties presented.

| | Low season | | Peak Season | |
|---|---|---|---|---|
| | Weekday | Weekend | Weekday | Weekend |
| 1 Queen/King Bed | $ 58-119 | $ 58-149 | $ 98-179 | $ 143-170 |
| 2 Queen/Double Beds | $ 78-119 | $ 78-177 | $ 109-189 | $ 170-259 |

All of the lodging facilities examined share with the subject relatively similar physical characteristics. Most of these properties are reasonably similar to the subject with regard to the presence of guest amenities including continental breakfast, swimming pool, and internet access. The six comparables range from 3-Diamond to 1-Diamond AAA ratings, effectively bracketing the 2-Diamond subject property.

The reported rack rates for The Torch Lite Inn (subject property) for standard rooms during the off-peak season include $45 to $69 mid-week, increasing to $79 (K & 2 D's) and $89 (2 Q's) on weekends. Peak-season rack rates are reported at $99.99 mid-week and $199 on weekends. Based on the comparable motel room rental data presented, we estimated the current room tariffs for the subject motel are generally consistent with overall market activity.

### Estimate of Stabilized Occupancy

Annualized occupancy rates for the similar and competing motel properties along the Ocean Street corridor as well the surrounding greater Santa Cruz and Monterey Bay markets are historically reported to range from 45% to 65%. Overall, tourism in the Monterey Bay area and thus the lodging industry has rebounded fairly well since the large drop-off following the tragic events of 2001. Occupancy and average daily rates during 2006 and 2007 neared prior levels

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 13 of 25

2000 and 2001 and in some cases exceeded them despite a downturn in the national and state economies. Occupancy rates within the subject's market area during 2008, 2009 and 2010, have reflected continued difficult economic conditions.

The owner of the subject property has provided the performance summary for years 2009, 2010 & YTD 2011 for review and analysis. Occupancy for the The Torch Lite Inn was reported at 48% in 2009 and at 56% in 2010. The subject has shown peak season occupancy rates ranging from 69% in July of 2009 to 72% in August of 2010 while off-peak occupancy rates ranged from 35% to 52% over the same time period.

According to the Santa Cruz Visitors Bureau the overall occupancy rate for reporting motels in Santa Cruz County during 2008 was 57%, down 4% from the previous year. Countywide visitor-serving occupancy was reported at 57% at 2009; final figures for 2010 are expected to show a slight decline. City of Santa Cruz Transient Occupancy Tax shows a slight increase in 2010 over 2009 and 2008. However, as indicated earlier, most of the increase is attributable to a higher number of available rooms with additional facilities opening.

Obviously some motels are experiencing better success than others in maintaining occupancy rates and revenue streams. In the analysis and calculations to follow we have applied a stabilized annual occupancy for the subject concluded at approximately 45% during the "slow" period and 60% during the "peak" period, for a weighted occupancy rate of 50%. This figure represents an average projected rate to be achieved during the course of ownership and operation over a number of years. It is recognized that in some years, higher occupancy levels may be attained while in other a lower figure will be realized.

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 14 of 25

Summaries of seasonal and total annual revenue calculations and projections appear on the following page. The total projected annual guest room revenue is **$521,212, rounded to $520,000.** The projected stabilized revenue per available room (REVPAR) per day was calculated to be **$75.16/day/unit.** This is the rate which equals the gross room revenue divided by the product of the total number of units (38), and then divided by 365 days. It should be noted the projected revenue is based on stabilized occupancy at market level rates; some years will be higher and some years lower but it is not a projection of the next year's income flow.

Consistent with the subject's operating history, as well as industry norms, miscellaneous income, including primarily vending and telephone income, has been projected at 2% of room revenue or $10,400.

**Estimate of Expenses**

Lodging properties are typically "management intensive," i.e., requiring substantial onsite attention and supervision. In addition to typical operating and fixed costs such as taxes, insurance and utilities, lodging properties require salaries to personnel for housekeeping, maintenance, laundry, etc. In estimating the appropriate expenses for the subject, we compared these expenses with known expense data from similar lodging properties of which we have direct knowledge.

The most common unit of comparison is the expense to annual gross income ratio. Current standardized market-level operating expenses run between 55% and 62% of revenue. We have reviewed the subject's expense history for the calendar years 2009, 2010 & YTD 2011. Based on the subject's history and the operating norm for motel properties reflective of the subject, we have projected stabilized annual expenses for the subject property as discussed and outlined

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 15 of 25

**Low Season**

|  |  | Weekday |  |  | Weekend |  | # days |  |
|---|---|---|---|---|---|---|---|---|
| 13 | King | $ 45.00 | 174 | $ 101,790.00 | $ 79.00 | 70 | $ 71,890.00 |  |
| 12 | 2 Queen | $ 65.00 | 174 | $ 135,720.00 | $ 85.00 | 70 | $ 71,400.00 |  |
| 12 | Double | $ 59.00 | 174 | $ 123,192.00 | $ 79.00 | 70 | $ 66,360.00 |  |
| 1 | Three Bed | $ 79.00 | 174 | $ 13,746.00 | $ 99.00 | 70 | $ 6,930.00 |  |
|  |  |  |  | $ 374,448.00 |  |  | $ 216,580.00 |  |
|  |  |  |  |  |  |  | $ 591,028.00 | 45% Occupancy |
|  |  |  |  |  |  |  | $ 265,962.60 |  |

**High Season**

|  |  | Weekday |  |  | Weekend |  | # days |  |
|---|---|---|---|---|---|---|---|---|
| 13 | King | $ 89.00 | 87 | $ 100,659.00 | $ 189.00 | 35 | $ 85,995.00 |  |
| 12 | 2 Queen | $ 99.00 | 87 | $ 103,356.00 | $ 199.00 | 35 | $ 83,580.00 |  |
| 12 | Double | $ 99.00 | 87 | $ 103,356.00 | $ 199.00 | 35 | $ 83,580.00 |  |
| 1 | Three Bed | $ 129.00 | 87 | $ 11,223.00 | $ 199.00 | 35 | $ 6,965.00 |  |
|  |  |  |  | $ 318,594.00 |  |  | $ 260,120.00 |  |
|  |  |  |  |  |  |  | $ 578,714.00 | 60% Occupancy |
|  |  |  |  |  |  |  | $ 347,228.40 |  |

| less discounts (15%) | $ 613,191.00 | $ 91,978.65 |
|---|---|---|
| Total Room Revenue | $ 521,212.35 |  |
| Rounded To: | $ 520,000.00 |  |
| Revenue per Unit | $ 13,716.11 |  |
| REVPAR | $ 75.16 |  |
| Annual Occupancy | 50% |  |

Independent Real Estate Research, Inc.

on the previous page. A brief explanation of each expense category follows. It should be noted that each category does not coincide exactly with line item expense categories utilized by the subject owner.

However, the important point is that total expenses estimated for the subject are consistent with actual reported expenses. Also, please note that the reported expenses by the subject property owner do not include real estate taxes at market (per Prop 13), supervisory management, and reserves for replacement for both the structure and chattels necessary to the operation of the motel business. Expenses relating to amortization, depreciation and mortgage interest should not be reflected in estimating NOI before debt service.

*Property Taxes:* Real estate taxes are based on market value multiplied by the estimated tax rate less goodwill (i.e., the advantage that a business creates by successful intangible benefits, practices, rights and/or techniques). Goodwill is not taxable in the State of California. Sales tax and transient taxes (TOT) are allocated separately from revenues, and therefore, are not part of expenses. Personal property tax is included. Permit and business license fees are included in this category. Under Proposition 13, it is necessary to estimate taxes at "market."

Based on our value estimate and the tax rate upon sale, new real estate and personal property taxes plus license would be approximately **$27,000**. This value, however, may include some goodwill or nontaxable value. Consequently, the taxes could conceivably be lower. It should be pointed that the deduction of a supervisory management fee effectively removes the value of the going-concern; although there may still be some residual goodwill. Assessors are instructed to remove the nontaxable items by capitalizing supervisory management expense.

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 17 of 25

*Insurance:* Insurance consists of the cost of insuring the building and grounds against fire, sprinkler leakage, glass breakage, etc. Among lodging properties analyzed, insurance expense will vary depending on a number of factors. However most fall in the range of near-3% of revenue. The subject's annual insurance costs have been estimated at **$15,912 per year** or 3% of annual revenue.

*Administration:* Administration costs include management, franchise, accounting, legal, advertising, promotion and miscellaneous taxes and licenses. Typical expenses associated with the management of a lodging facility range from 10% to 18% of income depending on the size and complexity of the property. The subject's annual administration costs have been estimated at **$53,040 per year** or 10±% of revenue.

*Utilities* Utility costs include water and sanitary service, electric and natural gas service, cable television, and telephone service. Annual utility costs are projected at **$47,736** or 9±% of revenue.

*Salaries* This includes salaries for onsite manager and assistant manager and employees (maintenance, reservations, front desk, maids). It does not include offsite management. It also includes payroll taxes, and any employee health insurance or vacation time. Based on other facilities, payroll and payroll related expense should account for approximately 15 percent of room revenue. Based on heavily on motel operation standards as well as the subject's historical operations, we have estimated the annual payroll and related costs for the subject at **$79,560** or 15±% of revenue.

*General Maintenance.* Routine repairs and general maintenance comprise this category. This includes such line items as maintenance of equipment and machinery owned, landscaping, and pest control. Capital improvements are not

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 18 of 25

included. In stabilizing this category, approximately **$21,216** or **4%** percent of motel revenue has been used.

*Supplies* This category includes all supplies and materials used in the operation of the motel including cleaning items. Other expenses under this category include linen/laundry expense. We have estimated this category at **$13,260** or 2.5$\pm$% of motel revenue. *Food & Beverage* costs factor charges associated with breakfast services and complimentary beverages was also projected at 2.5$\pm$% of revenue.

*General Expense & Miscellaneous Costs:* This category, which includes a wide range of charges, including credit card fees, has been estimated collectively at **$10,608** per year or 2.0% of revenue.

*Replacement Reserves* have been factored at **$10,068** or 2% of revenue per year. A reserve fund is needed for future capital improvement/repairs. This category also includes replacement of FF&E (carpets, televisions, furniture etc.).

**Total Expenses:** Total stabilized expenses equate to **$292,200** or **55%** of gross revenue. This is representative of and consistent with similar properties throughout the Monterey Bay Area.

### Net Operating Income

Factoring the total projected gross income ($530,400) for the subject property, in conjunction with the estimated annual expenses ($292,200), the concluded Net Operating Income for the subject property is calculated at $238,200 as shown on the following chart.

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 19 of 25

*Stabilized Income & Expenses Projection*

| Revenue | | | | Per Unit |
|---|---|---|---|---|
| Gross Room Revenue | $ | 520,000 | 98% | $ 13,684 |
| Plus Misc. Income | $ | 10,400 | 2% | $ 274 |
| | $ | 530,400 | 100% | $ 13,958 |
| | | | | |
| Expenses | | | | |
| Real Estate Taxes | $ | 27,000 | 5.09% | $ 435 |
| Insurance | $ | 15,912 | 3.00% | $ 257 |
| Administrative | $ | 53,040 | 10.00% | $ 855 |
| Utilities | $ | 47,736 | 9.00% | $ 770 |
| Salaries | $ | 79,560 | 15.00% | $ 1,283 |
| General Maintenance | $ | 21,216 | 4.00% | $ 342 |
| Operating Supplies | $ | 13,260 | 2.50% | $ 214 |
| Food & beverage | $ | 13,260 | 2.50% | $ 214 |
| Gen./Misc. Expenses | $ | 10,608 | 2.00% | $ 171 |
| Reserves | $ | 10,608 | 2.00% | $ 171 |
| | $ | 292,200 | 55% | $ 4,713 |
| | | | | |
| Net Operating Income | $ | 238,200 | 45% | $ 9,245 |

**Capitalization Process**

To indicate the value of the motel by the Income Approach, the net operating income must be capitalized to indicate property value. A very critical part of this technique involves the selection of the appropriate capitalization rate. In direct capitalization, a capitalization rate is selected from within a range of overall rates that is developed from comparable market data. The direct method of

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 20 of 25

capitalization is based on market evidence and is the most straight forward and easiest to understand.

Based on actual reported income, Comparable #2, an average quality 32-unit motel in Salinas, which sold in late 2009, reflected a "cap rate" of 9.12%. Comparable #7, a February 2011 transaction, showed a "cap rate" of 9.16%. Discussions with a local broker who specializes in motels including current rates required to interest buyers are closer to 10.0% or higher.

Based on the available market data, and considering the quality, condition and locational appeal of the subject motel, most support is between 9.00% and 10.00%. Although there is some support for a rate as low as 8.50% or even 8.00%, current market conditions suggest a more conservative rate should be considered. As with most other sectors of the commercial real estate market, overall rates of return sought by investors of lodging properties have increased over the past year. Expected rates of return had been in decline during the stronger years of 2006 and 2007, however the national and regional economic downturn of 2008, 2009 and 2010 reversed that trend.

The subject is relatively well-located in a strong tourist-orientated market. In terms of income stream, the subject's current REVPAR is considered consistent with the competing market. Considering all factors, in this analysis, we have hence applied an appropriate capitalization rate for the subject between 9.00% and 10.00% or 9.50%. Dividing the Net Operating Income for the motel component ($238,200) by the Overall Capitalization Rate (9.50%) indicates the following value:

$$\$238,200 / 9.50\% = \$2,507,368$$

**Rounded to $ 2,500,000**

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 21 of 25

## DIRECT SALES COMPARISON APPROACH:

The Direct Sales Comparison Approach evaluates property based on sales (and to a lesser degree listings) of similar improved properties. The reliability of the Direct Sales Comparison Approach depends on three main factors: 1) availability of comparable data; 2) accuracy and amount of detail on each comparable; and 3) degree of comparability of the sales (and listings).

The Direct Sales Comparison Approach provides a supportable estimate of value for homogeneous properties, such as vacant land and single-family dwellings, where adjustments are relatively few and generally straight-forward to compute. With more complex properties the adjustments necessarily become numerous, subjective and difficult to estimate. The direct sales comparison technique is often best applied when the property has the highest appeal to an owner-user, rather than an investor, who typically bases the analysis on the quality and quantity of the income stream.

Seven sales of comparable motel properties are provided for review and analysis. Outside of the EGIM or Effective Gross Income Multiplier, which is discussed later in this section, the sales price per guest unit is the most appropriate and reliable unit of comparison for a visitor-serving lodging property such as the subject. In the comparative process, adjustments were made to each of the properties to compensate for differences in factors such as locational appeal, facility size, quality and condition of construction, parking/site utility and overall utility and appeal. All of the comparable motel properties are located within the greater Monterey Bay area with two in the City of Santa Cruz and one each in the communities of Marina, Capitola, Salinas, Scotts Valley and Monterey.

Case: 11-54812   Doc# 56-2   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 22
of 25

Following is a brief discussion of each of the comparable motel properties. Sales sheets with photographs, a summary chart, locational map and adjustment grid are also provided. Please refer to the adjustment grid for line item detail.

**Comparable Motel Sale Number 1** is located at 125 Beach Street in Santa Cruz, just across the street from the Santa Cruz Main Beach and Santa Cruz Municipal Wharf and two blocks from the Santa Cruz Beach Boardwalk. The most recent of the transactions, this 40-unit visitor serving motel sold for $6,200,000 or $155,000/unit in May of 2010. The landmark motel includes 13,000± square feet of building area set on a 60,000 square foot site. Known as Terrace Court since 1955, the buyers planned to change the name to Beach Street Inn & Suites. This sale is the most recent of the transactions and is also the best located. Although the buildings are older and somewhat outdated, the sale price per unit is the highest of the comparable sales presented. *Following comparison to the subject building, this comparable supports an adjusted value of $73,625/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $477/sf and a $/SF/Land of $103/sf.*

**Comparable Motel Sale Number 2** reflects the May 2009 transfer of the 32-unit Days Inn in Salinas. This average quality two-story facility sold for $2,150,000 or $67,188 per unit. REVPAR was reported at near-$37/room/night, significantly lower than the subject's market. This older motel is located at 1226 De La Torre at the Airport Boulevard exit in Salinas with vehicular exposure from Highway 101. The facility is AAA-approved with a 2-diamond rating. Based on reported income, the Gross Income Multiplier was calculated at 5.04 with an Overall Capitalization Rate of 7.94%. *Following comparison to the subject building, this comparable supports an adjusted value of $66,113/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $207/sf and a $/SF/Land of $108/sf.*

Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 23 of 25

## SUMMARY OF IMPROVED SALES

| No. | Location A.P.N. | Sale Date | Sale/List Price | # of Units | $/Unit | Building Sq. Ft. | Price/SF G.B.A. | Land Area | Price/SF Land | Floor Area Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Terrace Court (Beach St. Inn & Suites) 125 Beach Street Santa Cruz No AAA Rating | May-10 | $ 6,200,000 | 40 | $155,000 / unit | 13,000 sf | $476.92 / sf | 60,000 sf | $103.33 / sf | 22% |
| 2 | Days Inn 1226 De La Torre Salinas 2 Diamond | May-09 | $ 2,150,000 | 32 | $67,188 / unit | 10,400 sf | $206.73 / sf | 20,000 sf | $107.50 / sf | 52% |
| 3 | The Capitola Inn 822 Bay Avenue Capitola No AAA Rating | September-09 | $ 4,985,000 | 56 | $89,018 / unit | 18,000 sf | $276.94 / sf | 134,165 sf | $37.16 / sf | 13% |
| 4 | Best Western 6020 Scotts Valley Drive Scotts Valley 3 Diamond | July-09 | $ 5,000,000 | 58 | $86,207 / unit | 18,850 sf | $265.25 / sf | 43,124 sf | $115.94 / sf | 44% |
| 5 | Santa Cruz Beach Inn 600 Riverside Ave Santa Cruz, CA 2 Diamond | July-08 | $ 6,000,000 | 79 | $75,949 / unit | 25,000 sf | $240.00 / sf | 56,628 sf | $105.95 / sf | 44% |
| 6 | No name at time of sale (now Howard Johnsons) 416 Reservation Road Marina No AAA Rating | December-09 | $ 2,100,000 | 38 | $55,263 / unit | 14,920 sf | $140.75 / sf | 48,000 sf | $43.75 / sf | 31% |
| 7 | Blue Lagoon Motel 2362 N. Fremont Street Monterey No AAA Rating | February-11 | $ 1,200,000 | 14 | $85,714 / unit | 5,500 sf | $218.18 / sf | 16,800 sf | $71.43 / sf | 33% |

Independent Real Estate Research, Inc.

68

## Comparable Sales Locational Map



Case: 11-54812    Doc# 56-2    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 25 of 25