**Comparable Motel Sale Number 3** is The Capitola Inn, located at 822 Bay Avenue in the neighboring Santa Cruz County community of Capitola. The 56-unit visitor serving motel sold in September of 2009 for $4,985,000 or $89,018/guest unit. The two-story complex totaling approximately 18,000± square feet, was originally constructed in 1980 and renovated in 1995. The site, which totals 3.08 acres, backs to State Highway 1. This complex is newer than the subject, but does not offer equivalent visitor-serving appeal in terms of proximity to Boardwalk and Main Beach. No income information was made available. *Following comparison to the subject building, this comparable supports an adjusted value of $68,099/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $277/sf and a $/SF/Land of $37/sf.*

**Comparable Motel Sale Number 4** is the Best Western Inn at 6020 Scotts Valley Drive in the neighboring Santa Cruz County community of Scotts Valley. This 58-unit visitor serving facility sold in July of 2009 for $5,000,000 or $86,207/visitor serving unit. The room mix includes 54 standard room and 4 suites. An on-site pool and meeting room facilities are available. The Best Western Inn has a 3-Diamond AAA rating. The 43,124 square foot site, backs to State Highway 17, and is located with immediate proximity to a The Granite Creek highway interchange. The 2-story complex was constructed circa 1986. No income information was made available. *Following comparison to the subject building, this comparable supports an adjusted value of $67,974/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $265/sf and a $/SF/Land of $116/sf.*

**Comparable Motel Sale Number 5** is located one block from the subject at 600 Riverside Avenue in Santa Cruz, across the San Lorenzo River from the Main Santa Cruz Beach and Boardwalk. The 79-unit facility sold in July of 2008 for

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 1 of 19

$6,000,000 or $75,949 per unit. The multi-building 3-story facility was constructed in 1985 and renovated circa 1999. A group meeting room is available for conference use. Rooms include standard design and multi-floor 2- bedroom suites. On-site parking is available. Room revenue was reportedly below market at the time of the sale. *Following comparison to the subject building, this comparable supports an adjusted value of $69,904/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $240/sf and a $/SF/Land of $106/sf.*

**Comparable Motel Sale Number 6** is a 38-unit motel located at 416 Reservation Road in the Monterey Bay community of Marina. The visitor-serving property sold (REO) in December 2009 for $2,100,000 or $55,263/guest unit. The property also includes multiple-pump gasoline sales and a small market that doubles as the motel office. The two-story multiple building complex totaling 14,918 square feet, was constructed circa 2006. The property sold following completion of construction, and fully furnished, but prior to opening for business. The corner site includes 1.1 acres. The facility had not been rated by AAA. Although the subject is older than Comparable #6, it is better located with capacity for a superior income stream, especially during peak months. The contributory value of the service station and market limit reliability of direct comparison with the subject. We understand the motel, now opened as a Howard Johnson franchise, is maintaining occupancy by focusing on weekly rentals. *Following comparison to the subject building, this comparable supports an adjusted value of $67,145/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $141/sf and a $/SF/Land of $44/sf.*

**Comparable Motel Sale Number 7** is the Blue Lagoon Motel located at 2362 North Fremont Street in Monterey. The average quality 14-unit motel sold for a reported $1,200,000 or $85,714/unit in February of 2011. The physical age and condition are consistent with that of the subject property. Five of the guest

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 2 of 19

rooms offer fireplaces and the site offers good utility. Locational appeal is considered inferior to that of the subject property. Reported gross income at the time of sale was $200,000 reflecting an EGIM of 6.00. The NOI or net operating income was calculated at $110,000 indicated a OAR or "cap rate" of 9.16%. The sale was an "all cash" deal. The facility was not been rated by AAA. *Following comparison to the subject building, this comparable supports an adjusted value of $72,857/unit. Unadjusted secondary units of comparison included a $/SF/GBA of $218/sf and a $/SF/Land of $71/sf.*

A summary of the adjusted values for the subject property, based on the primary unit of comparison, the Sales Price/Unit, appears below. The seven comparable properties reflected an adjusted range of value indicators for the subject between $66,113/unit and $73,625/unit. The adjusted values are summarized as follows:

| | |
|---|---|
| Comparable #1 | $ 73,625 per unit |
| Comparable #2 | $ 66,113 per unit |
| Comparable #3 | $ 68,099 per unit |
| Comparable #4 | $ 67,974 per unit |
| Comparable #5 | $ 69,904 per unit |
| Comparable #6 | $ 67,145 per unit |
| Comparable #7 | $ 72,857 per unit |

As a group the comparables provide a reasonably consistent and supportable indication of value. Various aspects of the subject were effectively bracketed by the comparable sales. Considering all factors, the most supportable market value was concluded to be mid-range, between $66,000/unit and $74,000/unit at $70,000/unit.

38 Units X $70,000 per unit = $ 2,660,000

**Concluded Rounded Value: $2,650,000**

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 3 of 19

## COMPARABLE SALE NUMBER ONE



| | |
|---|---|
| Motel Name: | Terrace Court (Beach St. Inn & Suites) |
| Location | 125 Beach Street |
| | Santa Cruz |
| A.P.N.: | 007-212-12 & 13 |
| Grantor: | Terrace Court Motel LLC |
| Grantee: | Beach Stret Inn LLC |
| Recording Reference | 20487 |
| Sale Date | May-10 |
| Sale Price | $6,200,000 |
| # of Guest Rooms | 40 |
| Land Area: | 60,000         S.F. |
| Building Area: (est) | 13,000         S.F. |
| Sale Price/Guest Room: | $      155,000  /unit |
| Price/S.F. of Building Area.: | $476.92 |
| Price/S.F. of Land Area: | $103.33 |
| Floor Area Ratio | 22% |
| Property Rights Transferred: | Fee Simple |
| Quality & Condition: | Average |
| Rating: | No AAA Rating |

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 4 of 19

## COMPARABLE SALE SIX



| | |
|---|---|
| Motel Name: | Howard Johnsons |
| Location: | 416 Reservation Road |
| | Marina |
| A.P.N.: | 003-693-004 |
| Grantor: | Almaden Boulevard Investments |
| Grantee: | Marina Inn & Market LLC |
| Recording Reference | 77207 |
| Sale Date | December-09 |
| Sale Price | $2,100,000 |
| # of Guest Rooms | 38 |
| Land Area: | 48,000 S.F. |
| Building Area: | 14,920 S.F. |
| Sale Price/Guest Room: | $ 55,263 /room |
| Price/S.F. of Building Area.: | $140.75 |
| Price/S.F. of Land Area: | $43.75 |
| Lot Coverage Ratio: | 31% |
| Property Rights Transferred: | Fee Simple |
| Quality & Condition: | Average |
| Rating: | No AAA Rating |

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 5 of 19

## IMPROVED SALE NUMBER SEVEN



| | |
|---|---|
| Motel Name: | Blue Lagoon Motel |
| Location: | 2362 N. Fremont Street |
| | Monterey |
| A.P.N.: | 013-161-020 |
| Grantor: | Drfitwood-Fremont |
| Grantee: | Pacific Hotel Development |
| Sale Date: | February-11 |
| Rec. # | September-27 |
| Sale Price: | $1,200,000 |
| # of Guest Rooms | 14 |
| Land Area: | 16,800 S.F. |
| Building Area: | 5,500 S.F. |
| Sales Price/Guest Room: | $ 85,714 /room |
| Price/S.F. of Building Area.: | $218.18 |
| Price/S.F. of Land Area: | $71.43 |
| Lot Coverage Ratio: | 33% |
| Property Rights Available: | Fee Simple |
| Quality & Condition: | Average |

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 6 of 19

*Secondary Units of Comparison*

**Sales Price Per Square Foot Of Gross Building Area**

This unadjusted unit of comparison measures the algebraic relationship between the gross building area and the sales or list price. If the concluded value of $2,650,000 is divided by the subject's gross building area of 13,715± square feet, a value rate of $193/sq. ft. of building area is indicated. The sales price/sq. ft. of building area for each of the comparable motel properties is outlined below:

|          |          |
|----------|----------|
| Sale 1   | $477/sf  |
| Sale 2   | $207/sf  |
| Sale 3   | $277/sf  |
| Sale 4   | $265/sf  |
| Sale 5   | $240/sf  |
| Sale 6   | $141/sf  |
| Sale 7   | $218/sf  |

The concluded value of $193 per square foot is consistent with the indicated range. The unadjusted values ranging from $140 to $477 per square foot of gross building area provided consistent market support to the primary approach's value indication of $2,650,000.

**Sales Price Per Square Foot Of Land**

This unadjusted unit of comparison measures the algebraic relationship between the site square footage of the comparables and the corresponding sales price. If the concluded value of $2,650,000 is divided by the subject's site size of 37,600± sq. ft., a value rate of $70/square foot of land is indicated. The sales price per square foot of land area for each of the comparable motel sales is shown below:

|          |           |
|----------|-----------|
| Sale 1   | $103/sf   |
| Sale 2   | $108/sf   |
| Sale 3   | $ 37/sf   |

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 7 of 19

500 Riverside Ave., Santa Cruz

| | |
|---|---|
| Sale 4 | $116/sf |
| Sale 5 | $106/sf |
| Sale 6 | $ 44/sf |
| Sale 7 | $ 71/sf |

The concluded value of $70 per square foot of land for the subject property is consistent with unadjusted value range as indicated by the seven comparable motel sales. The unadjusted values ranged from $37 to $116 per square foot of gross building area, supporting the $2,650,000 value conclusion.


**Effective Gross Income Multiplier**

A secondary unit of comparison was also considered: the Effective Gross Income Multiplier or EGIM. The rates based on the relationship of income to the sales price. If our projected stabilized annual income of $530,400 is divided into our value conclusion of $2,650,000, a Gross Income Multiplier of **4.99** is indicated. Based on reported NOI, Comparable Sale #2, a May 2009 sale, showed an EGIM of 5.04. The 14-unit Comparable #7, a more recent transaction (Feb. 2011), showed an EGIM of 6.0 based on actual income. Mr. Julian Bills, specializing in motel and hotel brokerage, suggested buyers can be attracted at EGIM's of 5.0, and in some cases as high as 5.5. Considering all factors, the value conclusion for the subject property as per the sales price per guest unit of $2,650,000 is reasonably well supported by The Gross Income Multiplier methodology.


**Conclusion to Sales Comparison Approach**

In conclusion, the unadjusted secondary units of comparison provide consistent support to our Sales Price Per Guest Unit value conclusion of $2,650,000. That value assumes stabilized occupancy; the contributory value of the chattels and "going concern" are included.

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 8 of 19

500 Riverside Ave., Santa Cruz

## RECONCILIATION AND VALUE CONCLUSION

The fee simple market value of the subject property has been estimated by the two alternative methods as follows:

| | |
|---|---|
| Income Approach: | $ 2,500,000 |
| Direct Sales Comparison Approach: | $ 2,650,000 |

The Cost Approach to value was considered an unreliable technique in the valuation of the subject property and was not utilized. In the Direct Sales Comparison Approach we presented seven comparable motels and reviewed three units of comparison: sales price per unit, sales price per square foot of gross building area, and sales price per square foot of land area. The market based approach concluded a value of $70,000/guest unit or $2,650,000 (rounded).

Lodging facilities are typically bought and sold by those who base their decision on the quality and the quality of the income steam. Consequently, the Income Approach is considered the most relevant indicator of value. Estimates of market room rates, projected stabilized occupancy rates, and operating expenses were felt to be reasonably well substantiated by the comparable market data. In addition the appropriate capitalization rate was primarily market-derived. Based on projected gross revenue of $530,400 and estimated operating expenses of $292,200, the Net Operating Income was calculated at $238,200. An overall rate of 9.50% was applied, indicating a value of $2,507,368, rounded to $2,500,000.

We have therefore rendered our opinion of the market value of the fee simple interest for the subject property, as of April 7, 2011, at:

**Two Million Five Hundred Thousand Dollars**

**($ 2,500,000)**

**This value is based on a 12-month exposure time.**

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 9 of 19

## Value of Business Interest

Standard Rule 1-2(e) of the Uniform Standards of Professional Practice states that the appraiser must indentify and consider the effect on value of any personal property, trade fixtures or intangible items that are not real property but are included in the appraisal. In this appraisal assignment we have attempted to segregate the business or enterprise interest which may result from the operation of the lodging facility by a separate management entity; that is, the compensation which is due to professional management and not the owner of the property.

Theoretically, it could be argued that there is a business interest were the day-day operation of a lodging facility contracted out to a separate entity. To isolate income attributable to the "going concern" value we cite noted appraiser/author Roland Nelson et al. (in an article titled "Hotel Enterprise Valuation," The Appraisal Journal – April 1988) on the topic.

> *The management fee is a nominal cost of operating an enterprise. It is the return on the management company's expertise and talents, but not on the owner's investment in the business.*

While the concept presented and the authority for the position are direct, Nelson et al. conclude that "the value of the enterprise to the owner can thus be calculated as the capitalized income stream to the management fees and as a return on and of other business related capital expenditures".

Thus in this assignment we have capitalized the administrative expense that was estimated in the Income Approach to arrive at the business or enterprise value. This figure was $53,040. In selecting the appropriate capitalization rate we have reviewed the opinion of Hospitality Valuation Service who indicates that investment return requirements from business concerns relating to the operation and management of motels vary dramatically. Rates of return will depend on the physical characteristics of the property, and more importantly, the market

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 10 of 19

conditions in which it is located. The business or enterprise interest is a secondary position, i.e. behind the fee simple (or possible leasehold) ownership. As such a rate reflecting the higher risk would be warranted. In the Income Approach section of this report we have applied a market derived capitalization rate of 9.50% to indicate the fee simple value of the subject (which includes the business or enterprise interest). Given the current operation and revenue level of the subject motel, a much higher rate is appropriate. We have selected a higher figure of 20% as a supportable capitalization rate. Applying the rate to the estimated management fee yields the value of the business or enterprise as follows:

$$\$53,040 \text{ divided by } 20\% = \$265,200$$
$$\text{Rounded To: } \$265,000$$

**Value of Chattels**

In addition to the business interest the depreciated costs new of the chattels (i.e. non realty items) must be segregated from the value of the real estate.

The chattels in the case of a motel include furnishings, televisions, linen, etc. Acquisition costs new of all necessary chattels range between $5,000 and $10,000 per unit. In this analysis we have selected a figure of $8,000 per unit which results in a cost of $304,000.

The lodging industry recognizes that a typical life for property averages 5 years, and that remodeling of the units occurs approximately every five years. However not all of the rooms are done at once, but rather on a staggered schedule. For the sake of this analysis we have estimated the overall or average economic age of the chattels to be 2.5 years. Based on straight line methodology, the amount of physical depreciation associated with the chattels was estimated at

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 11 of 19

50%. (2.5 years divided by 5 years). The depreciated costs new of the chattels are therefore concluded at **$150,000** (rounded)

$$304,000 \times .5 = \$152,000$$

Rounded: $150,000

### Value of Real Estate

Finally in this appraisal assignment, we concluded the value imputed <u>solely</u> to the real estate portion of the subject property. Deducting from the concluded Market Value "as-Is" the values estimated for the business or enterprise interest and the chattels yields a value attributable to the real estate of $2,085,000. The calculation is shown as follows:

|  |  |  |
|---|---|---|
|  | $ 2,500,000 | Market Value "As-Is" |
| Less: | $ 265,000 | Value of Business Enterprise |
| Less: | $ 150,000 | Value of Chattels |
|  | **$ 2,085,000** |  |

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 12 of 19

## SALES MARKETING PERIOD

The sales marketing period is a period of time that is reasonable in light of a given property's characteristics and market conditions, based on certain assumptions. Based on historical marketing periods of similar properties, as provided by knowledgeable brokers who specialized in such properties, as well as the general climate of the commercial real estate market, it is our opinion that a reasonable marketing period would be 12 months. This time frame reflects the fact that the subject has a history of successful operation. This estimate also assumes that that the property was professionally marketed, and listed at a price close to our estimate(s) of market value. A list price significantly higher than our estimate(s) would result in a longer period to sell this property.

500 Riverside Ave., Santa Cruz

# Addenda

500 Riverside Ave., Santa Cruz

**INDEPENDENT REAL ESTATE RESEARCH, Inc.**—*Commercial & Residential Appraisal*

1900 Garden Road, Ste. 280, Monterey, CA 93940        (831) 372-3181
P.O. Box 181 Pebble Beach, CA. 93953        Fax: (831) 372-3195

March 24, 2011

Ms. Sabrina Patel
500 Riverside Ave.
Santa Cruz, CA 95060

Re: Valuation of Real Properties owned by Patel

Dear Ms. Patel

Pursuant to your request, we are submitting a proposal for Appraisal Reports to be prepared for the above referenced properties. An itemized summary of the properties, along with fee quotes for each, as well as report type and property rights valued, is attached to this letter.

The purpose of this appraisal is to render Market Value Opinions "As-Is" of the subject properties.

The function of the appraisals is for your sole and exclusive use in assisting with bankruptcy proceedings. The appraisals shall have no other intended use.

The appraisals will be prepared in accordance with the Uniform Standards of Professional Appraisal Practice. Attached to this letter you will find a copy of our Statement of Limiting Conditions and the Appraiser's Certification that are attached to all appraisals prepared by our office. Please review and initial each attached page and return the executed copy to us indicating your acceptance and approval of our Limiting Conditions and the Appraiser's Certification.

The estimated completion date for all of the appraisals is April 21, 2011. We can only complete the appraisals by this date, if we receive from you in a timely manner any relevant information needed for the preparation of the reports. As this applies to the subject properties, the following is requested.

1. List of rack rates for the past 12 months.

2. Summaries of average daily rates and occupancy levels for the past two years.

3. Income-expense statements for the past two years.

We will furnish you with two copies for each of the appraisal reports, both with original signatures and color photographs. As shown on our summary, our fee for the appraisal services will be $8,300.

A retainer in the amount of $6,640 (80%) must be paid to this office before we can commence the preparation of the reports. A bill for the appraisal fee will be presented upon completion, and the balance will be requested at the time the appraisal reports are delivered.

The client specifically acknowledges that payment of all or the remainder of the fee due for appraisal services rendered is not conditioned upon the value opinions concluded.

Independent Real Estate Research, Inc.        89

## Site Plan



Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 16 of 19

# Property Detail Report
For Property Located At



CoreLogic
RealQuest Professional

## 500 RIVERSIDE AVE, SANTA CRUZ, CA 95060-5124

### Owner Information:

| | | | |
|---|---|---|---|
| Owner Name: | PATEL MANUBEN | | |
| Mailing Address: | 500 RIVERSIDE AVE, SANTA CRUZ CA 95060-5124 C006 | | |
| Phone Number: | | Vesting Codes: | UW / / |

### Location Information:

| | | | |
|---|---|---|---|
| Legal Description: | | | |
| County: | SANTA CRUZ, CA | APN: | 007-433-10-000 |
| Census Tract / Block: | 1008.00 / 4 | Alternate APN: | 005-333-27-000 |
| Township-Range-Sect: | | Subdivision: | 54 |
| Legal Book/Page: | | Map Reference: | / 972-E7 |
| Legal Lot: | 9,10 | Tract #: | |
| Legal Block: | 3 | School District: | SANTA CRUZ |
| Market Area: | 43 | Munic/Township: | |
| Neighbor Code: | | | |

### Owner Transfer Information:

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 09/06/2002 / 09/05/2002 | Deed Type: | GRANT DEED |
| Sale Price: | | 1st Mtg Document #: | 63171 |
| Document #: | 63170 | | |

### Last Market Sale Information:

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 08/09/1996 / | 1st Mtg Amount/Type: | $1,570,000 / CONV |
| Sale Price: | $2,200,000 | 1st Mtg Int. Rate/Type: | / ADJ |
| Sale Type: | FULL | 1st Mtg Document #: | |
| Document #: | 5889-525 | 2nd Mtg Amount/Type: | $330,000 / CONV |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | |
| New Construction: | | Multi/Split Sale: | MULTIPLE |
| Title Company: | FIRST AMERICAN TITLE | | |
| Lender: | COAST COM'L BK | | |
| Seller Name: | YARED KARL & ZENA TRUSTEES | | |

### Prior Sale Information:

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 05/06/1975 / | Prior Lender: | |
| Prior Sale Price: | $18,000 | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | 2496-533 | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | DEED (REG) | | |

### Property Characteristics:

| | | | |
|---|---|---|---|
| Gross Area: | | Parking Type: | Construction: |
| Living Area: | | Garage Area: | Heat Type: |
| Tot Adj Area: | | Garage Capacity: | Exterior wall: |
| Above Grade: | | Parking Spaces: | Porch Type: |
| Total Rooms: | | Basement Area: | Patio Type: |
| Bedrooms: | | Finish Bsmnt Area: | Pool: |
| Bath(F/H): | / | Basement Type: | Air Cond: |
| Year Built / Eff: | / | Roof Type: | Style: |
| Fireplace: | / | Foundation: | Quality: |
| # of Stories: | | Roof Material: | Condition: |
| Other Improvements: | | | |

### Site Information:

| | | | | |
|---|---|---|---|---|
| | | | | MOTEL 20 - 49 UNITS (071) |
| Zoning: | | Acres: | 0.60 | County Use: |
| Flood Zone: | A99 | Lot Area: | 26,136 | State Use: |
| Flood Panel: | 0603550332D | Lot Width/Depth: | x | Site Influence: |
| Flood Panel Date: | 03/02/2006 | Res/Comm Units: | / | Sewer Type: |
| Land Use: | MOTEL | | | Water Type: |

### Tax Information:

| | | | | |
|---|---|---|---|---|
| Total Value: | $2,065,509 | Assessed Year: | 2010 | Property Tax: | $23,614.66 |
| Land Value: | $662,426 | Improved %: | 68% | Tax Area: | 01031 |
| Improvement Value: | $1,403,083 | Tax Year: | 2010 | Tax Exemption: | |
| Total Taxable Value: | $2,065,509 | | | |

Case: 11-54812   Doc# 56-3   Filed: 07/14/11   Entered: 07/14/11 18:04:02   Page 17 of 19

500 Riverside Ave., Santa Cruz

## Tom Plumb & Associates
### *Real Estate Appraiser & Consultants*

QUALIFICATIONS OF TOM PLUMB
422 Cleveland Avenue
Santa Cruz, Calif. 95060
Email: tomplumb@sbcglobal.net
(831) 469-7863    FAX  (831) 469-7864
Ca. OREA Certification #AG004304

**EXPERIENCE**

I have been the primary and lead appraiser on over 500 appraisals in the Monterey Bay region over the past 19 years. Appraisal assignments have included a wide variety of commercial, industrial, multi-residential and special use properties including, but not limited to: retail commercial, service commercial, professional and medical office, heavy and light industrial, manufacturing, motels & hotels, agricultural-industrial, research & development, restaurants, fast food facilities, service stations, financial institutions and religious facilities. My market area includes Monterey and Santa Cruz counties. I have held the Certified General designation (California #AG004304) since state licensing was instituted in 1992.

**PRIOR APPRAISAL EXPERIENCE**

Frank May & Associates
Santa Cruz, California
    Staff Commercial Appraiser
    1988-1993
    Lead Commercial Appraiser
    1993-1994

Robert Saia MAI & Associates
Capitola, CA
    Staff Commercial Appraiser
    1994-1996

Tom Plumb & Associates
Santa Cruz, California
    Owner & Lead Commercial Appraiser
    1996 to present

**EDUCATION**

I hold a Bachelor of Science degree in Economics & Community Studies from University of California at Davis. Graduate studies have been completed at Golden Gate University with a focus on taxation and accounting. I have completed all MAI course work with the Appraisal Institute including Real Estate Valuation Procedures, Capitalization Theory and Techniques A & B, Standards of Professional Requirements (updates as required by state licensing), Case Studies in Real Estate Valuation and Report Writing. Specialized Appraisal Institute Seminars include Litigation Valuation and Construction Techniques & Evaluation. Real Estate Appraisal Principles and Advanced Real Estate Appraisal Theory course work at Cabrillo College have been completed.

Case: 11-54812    Doc# 56-3    Filed: 07/14/11    Entered: 07/14/11 18:04:02    Page 18 of 19

500 Riverside Ave., Santa Cruz

## 2010-2011 Regular Annual Tax Bill

Parcel : 007-433-10                                    Address : 500 RIVERSIDE AVE

| VALUES & EXEMPTIONS | |
|---|---:|
| LAND | $662,426 |
| IMPROVEMENTS | $1,403,083 |
| PERSONAL PROPERTY | $0 |
| TOTAL VALUE | $2,065,509 |
| LESS EXEMPTION | |
| None | $0 |
| NET TAXABLE VALUE | $2,065,509 |

### TAX DISTRIBUTION BY AGENCY

| BASIC PROPERTY TAXES | RATE | AMOUNT |
|---|---:|---:|
| GENERAL TAX RATE | 1.000000% | $20,655.09 |
| SC ELEM SCH GO DS 1998 A&B REF 2005 | 0.021087% | $435.55 |
| SC ELEM SCH GO DS 1998 SER C | 0.002469% | $51.00 |
| SC HI SCH GO DS 1998 A&B/2005 REF | 0.020816% | $429.96 |
| SC HI SCH GO DS 1998 SER C | 0.002548% | $52.63 |
| CITY OF SANTA CRUZ GO DS 1999 | 0.005925% | $122.38 |
| CABRILLO COLLEGE GO DEBT SERVICE 1998 | 0.020504% | $423.51 |
| CABRILLO COLLEGE GO DEBT SERVICE 2004 | 0.015584% | $321.89 |
| TOTAL BASIC PROPERTY TAXES | 1.088933% | $22,492.00 |
| (adjusted for rounding) | | |
| OTHER CHARGES | | |
| NO. COUNTY MOSQUITO & DISEASE ASSESSMENT | | $19.98 |
| SC CITY ELEM SCH DIST PARCEL TAX MEAS B2 | | $70.00 |
| SC CITY HI SCH DIST PARCEL TAX MEASURE A | | $28.00 |
| SC CITY ELEM SCH DIST PARCEL TAX MEAS P | | $105.00 |
| S C CITY STORM WATER ENTERPRISE UTILITY | | $156.90 |
| FLOOD LEVEE IMPROVEMENT | | $648.78 |
| S C CITY CLEAN RIVER, BEACHES &OCEAN TAX | | $94.00 |
| TOTAL OTHER CHARGES | | $1,122.66 |
| TOTAL TAXES | | $23,614.66 |

### INSTALLMENTS

| | FIRST INSTALLMENT | SECOND INSTALLMENT | |
|---|---:|---:|---:|
| TAX AMOUNT | $11,807.33 | $11,807.33 | $23,614.66 |
| PENALTY | $1,180.73 | $0.00 | $1,180.73 |
| RETURN CHECK FEE | $60.00 | $0.00 | $60.00 |
| TOTAL | $13,048.06 | $11,807.33 | $24,855.39 |

Independent Real Estate Research, Inc.                    96