W. AUSTIN COOPER,
A PROFESSIONAL CORPORATION
W. AUSTIN COOPER, #030652
2525 Natomas Park Drive, Suite 320
Sacramento, CA 95833
Telephone: (916) 927-2525
Facsimile: (916) 920-0355

Attorneys for the Debtor
and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

In re

MANUBEN KARSHANBHAI PATEL,
aka MANUBEN PATEL; dba TORCH LITE INN; dba MOTEL 6; dba MOTEL SANTA CRUZ; dba BEST WESTERN TORCH LITE INN

Debtor.

_____/

Case No. 11-54812

Chapter 11

MOTION FOR AN ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL, TO PAY EMPLOYEE WAGES, TO PAY UTILITIES, INSURANCE, TO MAINTAIN VENDOR RELATIONSHIPS AND OTHER EXPENSES

Hearing Date:
Time:
Place: U.S. FEDERAL BLDG.
280 S. FIRST ST.
SAN JOSE, CA.
COURTROOM-3070
Judge: Charles Novack

I, MANUBEN K. PATEL, Debtor in this case (hereinafter referred to as "Debtor"), by and through her attorney W. AUSTIN COOPER, hereby moves the Court for an order authorizing the Debtor to use of cash collateral of Pacifica L33, LLC, Home Bank of California, Heritage Bank and Commercial Realty Experts and for an emergency order authorizing the temporary use of such cash collateral to pay adequate protection payments, utilities, employee

1

wages and to maintain vendor relationships pending the final hearing on the motion. In support of the motion, Debtor represents as follows:

I.

INTRODUCTION

1. This Chapter 11 case was filed on 05/19/11.
2. The Debtor owns the two following real properties:

   a) Torch Lite Inn-Motel
   500 Riverside Ave.
   Santa Cruz, CA 95060

   b) Motel Santa Cruz
   370 Ocean Street
   Santa Cruz, CA 95060

II.

TORCH LITE INN-MOTEL

1. In regards to the Torch Lite Inn-Motel located at 500 Riverside Ave., Santa Cruz California, Debtor is indebted to Pacifica L33, LLC by virtue of a loan agreement and related deed of trust on the property. The previous lender was Triumph Bank, Pacifica L33, LLC is the successor by virtue of various assignments and bank failures. The present amount owing is approximately $2,412,230.42. Commercial Reality Experts holds a 2nd Deed of Trust with a balance of $1,450,000.00
2. The collateral is identified in the Security Agreement and financing Statement as the real property known as 500 Riverside Ave, Santa Cruz California. The market value of the property is about $2,500,000.00 (per recent appraisal). There is also an abstract of judgment in favor of the City of Santa Cruz for $1,000,000.00 (judgment on appeal and not final).
3. The property is also encumbered by real estate tax liens in favor of the County of Santa Cruz for taxes owed in 2006-2007 and 2010-2011 (January-March) in the approximate amount of $93,000.00.
4. There is no equity left for the City of Santa Cruz because the deed of trust holders exceed the value of the property.

2

5. Debtor proposes the use of cash collateral under the budget as set forth in the following table:

See Exhibit "A"- budget for June-September 2011.

6. Debtor offers as adequate protection of the interest of Pacifica L33, LLC a monthly adequate protection payment of $18,959.82 per month, this is the contractual rate, commencing in June 15, 2011 to the extent of its interest in cash collateral, a continuing first-in-priority lien on hotel room revenues and real property rental acquired by the debtor after the commencement of this case; and preservation of the going concern value of the business of Debtors as an operating, going business concern.

7. The Debtor will make up for any shortfalls in winter months by using a reserve established for that purpose in profitable summer months.

III.

## MOTEL SANTA CRUZ

1. In regards to Motel Santa Cruz located at 370 Ocean Street, Santa Cruz California, Debtor is indebted to Home Bank of California by virtue of a loan agreement and related deed of trust on the property. The present amount owing is approximately $1,264,599.13. Heritage Bank of Commerce holds a 2nd Deed of Trust with a balance of 1,290,894.01 and Commercial Reality Experts holds a 3rd Deed of Trust with a balance of $865,000.00.

2. The collateral is identified in the Security Agreement and financing Statement as the real property knows as 370 Ocean Street, Santa Cruz California. The market value of the property is about $3,100,000.00 (per debtor's schedules). There is also an abstract of judgment in favor of the City of Santa Cruz for $1,000,000.00 (judgment on appeal and not final).

3. The property is also encumbered by real estate tax liens in favor of the County of Santa Cruz for taxes owed in 2008-2009 and 2010-2011 (January-March) in the approximate amount of $173,000.00.

4. There is no equity left for the City of Santa Cruz because the deed of trust holders exceed the value of the property.

3

5. Debtor proposes the use of cash collateral under the budgets as set forth in the following table:

See Exhibit "B", budget for June-September 2011.

6. Debtor offers as adequate protection of the interest of HOME Bank of California a monthly adequate protection payment of $8,714.45 per month, this is the contractual rate, commencing in June 15, 2011 to the extent of its interest in cash collateral, a continuing first-in-priority lien on hotel room revenues and real property rental acquired by the debtor after the commencement of this case; and preservation of the going concern value of the business of Debtors as an operating, going business concern.

7. The Debtor will make up for any shortfalls in winter months by using a reserve established for that purpose in profitable summer months.

## IV.

## GOAL OF BUDGET

1. The budget provides insurance payments to protect the property and the business assets.
2. The budget provides for the maintenance and the basic necessities from existing vendors, and wages for employees and house keeping maids and necessary business operating expenses such as credit card charges, taxes, etc.
3. The budget does provide for a reserve for property taxes, and provides for all other taxes
4. The debtor proposes that she is allowed to maintain the status quo for the relationship with vendors.
5. The Debtor is proposing a budget using cash collateral through September 31, 2011 (see Ex."A" "B"). The Debtor needs the breathing room and cash to maintain the status quo while determining the best course for reorganization of the business.
6. The Debtor believes that the use of the cash and the maintenance of vendor relationships as proposed are necessary to prevent irreparable harm to the business while at the same time adequately protecting the collateral interests of secured lenders, creditors and tax authorities.

4

7. Since the inception of the Chapter 11, the Debtor has deposited all cash collateral receipts in Chase Bank "cash collateral" accounts and now seeks to use such funds for the ordinary and necessary expenses of operating the Debtor.

Date: July 16, 2011 By: /s/ W. Austin Cooper
W. AUSTIN COOPER
Attorney for Manuben K. Patel

# EXHIBIT A

TORCH LITE INN
500 RIVERSIDE AVE
SANTA CRUZ, CA 95060

| PROJECTED GROSS INCOME: | Jun-11 | Jul-11 | Aug-11 | Sep-11 |
|---|---|---|---|---|
| GROSS ROOM RENTAL | $58,000.00 | $90,000.00 | $85,000.00 | $50,000.00 |
| TOT/TOURISM TAXES | -$4,500.00 | -$7,000.00 | -$9,800.00 | -$9,800.00 |
| **TOTAL ROOM NET INCOME:** | $53,500.00 | $83,000.00 | $75,200.00 | $40,200.00 |

| **PROJECTION:** | | | | |
|---|---|---|---|---|
| ROOM NET INCOME: | $53,500.00 | $83,000.00 | $75,200.00 | $40,200.00 |
| VENDING INCOME | $350.00 | $350.00 | $350.00 | $200.00 |
| TELEPHONE INCOME | $50.00 | $50.00 | $50.00 | $50.00 |
| TOTAL NET INCOME: | $53,900.00 | $83,400.00 | $75,600.00 | $40,450.00 |

| PROJECTED EXPENSE: | | | | |
|---|---|---|---|---|
| Payroll Taxes | $1,680.40 | $1,680.40 | $1,680.40 | $1,680.40 |
| Insurances Building/Flood | $1,190.00 | $1,190.00 | $1,190.00 | $1,190.00 |
| Worker Compensation | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| General Manager Payroll | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Front Desk Employee Payroll | $5,260.00 | $5,260.00 | $5,260.00 | $5,260.00 |
| Housekeeping Payroll | $1,700.00 | $1,700.00 | $1,700.00 | $1,700.00 |
| Maintenance Payroll | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Electricity/Gas | $4,500.00 | $4,500.00 | $4,500.00 | $3,900.00 |
| Water/Garbage/Sewer | $3,000.00 | $3,000.00 | $3,000.00 | $2,500.00 |
| Telephone | $900.00 | $900.00 | $900.00 | $700.00 |
| Cable/Internet | $988.14 | $988.14 | $988.14 | $988.14 |
| Repairs/Maintenance | $485.00 | $485.00 | $485.00 | $485.00 |
| Advertising | $600.00 | $600.00 | $600.00 | $600.00 |
| AAA Membership | $0.00 | $0.00 | $1,500.00 | $0.00 |
| OTA/Franchise Commissions | $1,330.00 | $1,330.00 | $1,330.00 | $1,330.00 |
| Guestroom Supply & Misc. Expenses | $2,480.00 | $2,480.00 | $2,480.00 | $2,480.00 |
| Reserved for Replacemet-Capital Expense | $1,015.00 | $1,015.00 | $1,015.00 | $1,015.00 |
| Front Office Supplies | $500.00 | $500.00 | $500.00 | $300.00 |
| Credit Card Discount | $337.50 | $337.50 | $337.50 | $337.50 |
| Bank Fees | $200.00 | $200.00 | $200.00 | $200.00 |
| CPA &Accounting Fees | $500.00 | $500.00 | $500.00 | $500.00 |
| Payroll Serices | $375.00 | $375.00 | $375.00 | $375.00 |
| Website Hosting | $60.00 | $60.00 | $60.00 | $60.00 |
| Pool Supplies/Maintenance | $600.00 | $600.00 | $600.00 | $600.00 |
| Permits Fees | $0.00 | $1,200.00 | $0.00 | $0.00 |
| Breakfast Supplies | $740.00 | $740.00 | $740.00 | $740.00 |
| Vending Supplies | $120.00 | $120.00 | $120.00 | $120.00 |
| US Trustee | $0.00 | $1,625.00 | $0.00 | $0.00 |
| Total PROJECTED Expense: | $33,661.04 | $36,486.04 | $35,161.04 | $32,161.04 |

Case: 11-54812    Doc# 59    Filed: 07/16/11    Entered: 07/16/11 16:52:09    Page 7 of 11

| | | | | | |
|---|---|---|---|---|---|
| Projected NET INCOME: | | $53,900.00 | $83,400.00 | $75,600.00 | $40,500.00 | |
| Projected Expenses: | | -$33,661.04 | -$36,486.04 | -$35,161.04 | -$32,161.04 | |
| Projected Profit/Loss: | | $20,238.96 | $46,913.96 | $40,438.96 | $8,338.96 | |
| | | | | | | |
| Projected Profit | | $20,238.96 | $46,913.96 | $40,438.96 | $8,338.96 | $115,930.84 |
| Projected 1st Lender Payment (full payment) | | -$18,959.82 | -$18,959.82 | -$18,959.82 | -$18,959.82 | -$75,839.28 |
| Projected 2nd Lender Payment | | $0.00 | $0.00 | $0.00 | $0.00 | |
| Reserved for Taxes/Winter Season: | | $1,279.14 | $27,954.14 | $21,479.14 | -$10,620.86 | $40,091.56 |

*application has been filed to contest tax value
*5 YEAR PAYMENT PLAN ARRANGED WITH COUNTY OFFICE

| ACTUAL DUE: | | PRINCIPAL BALANCE |
|---|---|---|
| 1ST LENDER PACIFICA BANK: PACIFICA BANK $18,959.82 MONTHLY | | $2,332,744.00 |
| 2ND LENDER COMMERICIAL REALITY EXPERTS $15,104.17 MONTHLY | | $1,450,000.00 |
| CITY OF SANTA CRUZ JUDGEMENT LIEN | | $1,000,000.00 PLUS INTEREST |
| COUNTY REAL ESTATE TAXES | | $32,320.00 |

Footnote #1: Reminder funds in reserved account will carry into 2012 n
Footnote #2 Any unused reserved in access in the above expenses should be to paid to next Bank note

# EXHIBIT B

Case: 11-54812   Doc# 59   Filed: 07/16/11   Entered: 07/16/11 16:52:09   Page 9 of 11

MOTEL SANTA CRUZ
370 OCEAN STREET
SANTA CRUZ, CA 95060

| PROJECTED GROSS INCOME: | Jun-11 | Jul-11 | Aug-11 | Sep-11 |
|---|---|---|---|---|
| GROSS ROOM RENTAL | $53,000.00 | $76,000.00 | $75,000.00 | $58,000.00 |
| OT/TOURISM TAX | -$5,700.00 | -$8,100.00 | -$8,100.00 | -$8,500.00 |
| TOTAL ROOM NET INCOME | $47,300.00 | $67,900.00 | $66,900.00 | $49,500.00 |
| PROJECTION | | | | |
| ROOM NET INCOME: | $47,300.00 | $67,900.00 | $66,900.00 | $49,500.00 |
| VENDING | $133.00 | $133.00 | $133.00 | $133.00 |
| MOBLIE RENT | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| TOTAL PROJECTED NET INCOME: | $49,233.00 | $69,833.00 | $68,833.00 | $51,433.00 |
| | | | | |
| PROJECTED EXPENSE: | | | | |
| Payroll Taxes | $2,636.89 | $2,636.89 | $2,636.89 | $2,636.89 |
| Insurances | $782.00 | $782.00 | $782.00 | $782.00 |
| Worker's Compensation | $500.00 | $500.00 | $500.00 | $500.00 |
| General Manager Payroll | $2,089.00 | $2,089.00 | $2,089.00 | $2,089.00 |
| Front Desk Employee | $4,070.00 | $4,070.00 | $4,070.00 | $4,070.00 |
| Housekeeping Payroll | $2,050.00 | $2,050.00 | $3,050.00 | $2,050.00 |
| Maintanence Payroll | $1,990.00 | $1,990.00 | $2,990.00 | $1,990.00 |
| Electricity/Gas | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Water/Garbage/Sewer | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Telephone | $650.00 | $650.00 | $650.00 | $650.00 |
| Cable/Internet | $750.00 | $750.00 | $750.00 | $750.00 |
| Repairs/Maintenance | $950.00 | $950.00 | $950.00 | $950.00 |
| Advertising | $300.00 | $300.00 | $300.00 | $300.00 |
| OTA/Franchise Commissions | $575.00 | $575.00 | $575.00 | $575.00 |
| Guestroom Supply & Misc. Expenses | $600.00 | $700.00 | $900.00 | $900.00 |
| Front Office Supplies | $250.00 | $250.00 | $250.00 | $250.00 |
| Credit Card Discount | $541.00 | $541.00 | $541.00 | $541.00 |
| Bank Fees | $200.00 | $200.00 | $200.00 | $200.00 |
| CPA & Accounting Fees | $300.00 | $300.00 | $300.00 | $300.00 |
| Payroll Services | $375.00 | $375.00 | $375.00 | $375.00 |
| Website Hosting | $60.00 | $60.00 | $60.00 | $60.00 |
| Permits Fees | $0.00 | $0.00 | $2,000.00 | $0.00 |
| Breakfast Supplies | $400.00 | $400.00 | $400.00 | $350.00 |
| Vending Supplies | $80.00 | $80.00 | $80.00 | $80.00 |
| Fire Monitoring | $175.00 | $175.00 | $175.00 | $175.00 |
| Reserved for Replacement | $570.00 | $570.00 | $570.00 | $570.00 |
| PG & E CH 11 deposit | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| Total PROJECTED Expense: | $28,393.89 | $28,493.89 | $32,693.89 | $28,643.89 |

| Projected INCOME: | $49,233.00 | $69,833.00 | $66,733.00 | $51,433.00 |
|---|---|---|---|---|
| Projected Expenses: | -$28,393.89 | -$28,493.89 | -$32,693.89 | -$28,643.89 |
| Projected Profit/Loss: | $20,839.11 | $41,339.11 | $34,039.11 | $22,789.11 |
| | | | | |
| PROJECTED PROFIT | $20,839.11 | $41,339.11 | $34,039.11 | $22,789.11 |
| Projected Payment to 1ST Lender (full payment) | -$8,714.45 | -$8,714.45 | -$8,714.45 | -$8,714.45 |
| Projected Payment to 2ND Lender (full payment) | -$9,263.00 | -$9,263.00 | -$9,263.00 | -$9,263.00 |
| Projected Payment to 3RD Lender | $0.00 | $0.00 | $0.00 | $0.00 |
| Reserved for Taxes/Winter Season | $2,861.66 | $23,361.66 | $16,061.66 | $4,811.66 |

*Application has been filed to contest tax value
*Property Taxes will be paid over 5 year plan

| ACTUAL DUE | PRINCIPAL BALANCE |
|---|---|
| 1ST LENDER (Home Bank) | $1,322,798.09 |
| 2nd LENDER (Heritage Bank) | $1,290,894.01 |
| 3rd LENDER (CRS Reality) | $865,000.00 |
| City of Santa Cruz Judgement Lien | $1,000,000.00 plus interest |
| County Real Estate Taxes | $54,313.66 |

Footnote #1: Reminder funds in reserved account will carry into 2012 months
Footnote #2 Any unused reserved in access in the above expenses should be to paid to next Bank note